UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Fellicia Smith,  	Civ. No. 22-2872 (JWB/TNL)

  Petitioner,

v.

**ORDER**

Michael Segal, Warden FCI-Waseca;
Deanna Hiller, C/D/Unit Manager; and
Kayla Brosch, Case Manager,

  Respondents.

The above matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Tony N. Leung dated March 15, 2023. (Doc. No. 7.) No objections have been filed to that R&R in the time permitted. In the absence of timely objections, the Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R of the Magistrate Judge, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The March 15, 2023 Report and Recommendation (Doc. No. 7) is **ACCEPTED**;

2. Plaintiff's Petition for Writ of Habeas Corpus (Doc. No. 1) is **DENIED**;

3. This matter is **DISMISSED WITHOUT PREJUDICE** as moot.

2

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: April 5, 2023                              *s/ Jerry W. Blackwell*
                                                 JERRY W. BLACKWELL
                                                 United States District Judge